## Commonwealth *v.* Ranieri, Appellant.

Submitted December 12, 1969. *R. Barclay Surrick*, Assistant Public Defender, for appellant; *Ralph B. D'Iorio*, Assistant District Attorney, *William R. Toal*, First Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sole, Appellant.

Submitted December 12, 1969. *Sidney Ginsberg*, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.